No. 2623. LANDRÓN, APPELLEE, v. NEVÁREZ, APPELLANT.—District Court of San Juan, Section 1. Divorce. Decided

December 15, 1921.   Motion by appellant withdrawing the appeal.   *Appeal withdrawn.*